# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130490
(20)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JANIS LEE FERWORN,
      Defendant-Appellant.

SC: 130490
COA: 266592
Wayne CC: 05-001679-01

_____/

On order of the Court, the motion for reconsideration of this Court's order of June 30, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.

KELLY, J., dissents and states as follows:

I would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons given in my dissenting statement to the order denying leave to appeal in *People v Ferworn*, 475 Mich 895 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk